# IN THE NINTH COURT OF APPEALS

09-20-00102-CR
09-20-00103-CR
09-20-00104-CR
09-20-00105-CR

**Andrew David Nelson**

**V.**

**The State of Texas**

**On Appeal from the 435th District Court
of Montgomery County, Texas
Trial Cause Nos. 19-01-01183-CR, 19-01-01184-CR,
19-11-15284-CR, 19-11-15285-CR**

## ORDER

Appellant's counsel filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel certified that counsel provided copies of the motion and brief to Appellant, advised Appellant of Appellant's right to examine the appellate record and file a pro se response, and supplied Appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

Appellant requested access to the appellate record with this Court. We hereby direct the clerk of the trial court to provide access to a paper copy of the

reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, on or before **Monday, December 21, 2020**. *See id.*, 436 S.W.3d at 321-22.

ORDER ENTERED December 1, 2020

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.